LISA J. ZASTROW
Nevada Bar No. 009727
BART K. LARSEN, ESQ.
Nevada Bar No. 008538
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   lzastrow@klnevada.com
          blarsen@klnevada.com

Attorneys for Defendant, LUXURY SUITES INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOROTHY DIAZ-GOUZY, | CASE NO. 2:15-cv-00311 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| LUXURY SUITES INTERNATIONAL, LLC, a Nevada Limited Liability Company; DOES I-X, individuals; and ROE Corporations and/or company, | |
| Defendant. | |

Defendant, LUXURY SUITES INTERNATIONAL, LLC, hereby substitutes Lisa J. Zastrow, Esq. and Bart K. Larsen, Esq. of Kolesar and Leatham, as its counsel in the above-entitled action, in the place and stead of Kaempfer Crowell.

DATED this 18 day of June, 2015.

LUXURY SUITES INTERNATIONAL, LLC

By _____
Candace Bailey, COO
5115 South Decatur Boulevard, # 200
Las Vegas, Nevada 89118

I hereby consent to the substitution in the above-entitled action in the place and stead of Kaempfer Crowell.

DATED this ___ day of June, 2015.

KAEMPFER CROWELL

By _____
James E. Smyth II
Nevada Bar No. 006506
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

Lisa J. Zastrow, Esq. and Bart K. Larsen, Esq. of Kolesar and Leatham agree to be substituted in the place and stead of Kaempfer Crowell.

DATED this ___ day of June, 2015.

KOLESAR & LEATHAM

By _____
LISA J. ZASTROW
Nevada Bar No. 009727
BART K. LARSEN, ESQ.
Nevada Bar No. 008538
400 S. Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1881424.doc (<9452-3>)

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham and that on the ____ day of June, 2015, I caused to be served a true and correct copy of foregoing SUBSTITUTION OF ATTORNEY in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

*/s/ Christi Colucci*
An Employee of KOLESAR & LEATHAM

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** June 29, 2015